| | |
|---|---|
| 1 | Vivian Ann Jones |
| 2 | 9521 Morningside Lp., #1 |
|   | Anchorage, Alaska 99515 |
| 3 | (907) 632-3684 |
| 4 | PRO SE PLAINTIFF'S |

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA, ANCHORAGE

| | |
|---|---|
| L.A.M. (a Minor), | CASE NO.: 3:08-cv-00251-TMB |
| VIVIAN ANN JONES (Custodian) | |
| Plaintiff's, | |
| vs. | |
| SIMON PROPERTIES GROUP, | |
| SIMON MALLS, | |
| Defendant's. | **COMPLAINT for NEGLIGENCE** |
| | **JURY TRIAL DEMAND** |

### CAPACITIES OF PARTIES

### PLAINTIFF'S

Vivian Ann Jones, at all times herein mentioned is a 54 year old, African American, female, legal custodian/Grandmother of (minor) L.A.M., and has a residence at 9521 Morningside Lp., #1, Anchorage Alaska, 99515. (907) 632-3684.

L.A.M., at all times herein mentioned is a 5 year old (a minor), African American female, and has a residence (living with custodian/Grandmother Vivian Ann Jones) at 9521 Morningside Lp., Anchorage Alaska 99515. (907) 632-3684.

### DEFENDANT'S

Simon Properties Group, at all times herein mentioned is real estate investment trust entity with residence (principal headquarters) at 255 West Washington Street, Indianapolis Indiana, 46204.

Simon Malls, at all times herein mentioned is a subsidiary of Defendant Simon Properties group, with residence (principal headquarters) at 255 West Washington Street, Indianapolis

| 1 | Indiana, 46204. |
|---|---|
| 2 | JURISDICTION |
| 3 | Jurisdiction is founded on diversity of citizenship and amount. Plaintiff's are citizens of |
| 4 | the State of Alaska and Defendant's Simon Properties Group, Simon Malls principal place of |
| 5 | business in a State other than the State of Alaska. The matter in controversy exceeds, exclusive |
| 6 | of interest and costs, the sum specified by 28 U.S.C. § 1332. |
| 7 | COMPLAINT FOR NEGLIGENCE |
| 8 | On November 3, 2008, at 5:40 pm, At 5th Avenue Mall, city of Anchorage, Alaska, |
| 9 | Defendant Simon Properties Group or Defendant Simon Malls, or both Defendants willfully or |
| 10 | negligently failed to remove slippery snow and/or water from the floor of 5th Avenue Mall. |
| 11 | As a result Plaintiff 5 year old L.A.M. (a minor) slipped and fell causing injury to her |
| 12 | knees, was prevented from her normal activities, suffered pain of body and mind, and incurred |
| 13 | for medical attention in the sum of about five hundred dollars. |
| 14 | Wherefore Plaintiff's demands judgment against Simon Properties Group or Simon Malls |
| 15 | or against both in the sum of $150,000.00 and costs. |
| 16 | |
| 17 | DATED: November 13, 2008.        Vivian Ann Jones (Custodian) |

_[signature]_
Plaintiff Without Assistance of Counsel