Kimberlee A. Colbo
Hughes Pfiffner Gorski Seedorf & Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone: 907-263-8255
Facsimile: 907-263-8320

Attorneys for Defendant, Northwestern Simon, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| L.A.M. (a Minor), and<br>VIVIAN ANN JONES (Custodian)<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SIMON PROPERTIES GROUP and<br>SIMON MALLS,<br><br>　　　　　　Defendants. | Case No. 3:08-cv-00251-TMB |

## NOTICE TO COURT REGARDING SETTLEMENT

Defendant Northwestern Simon, Inc. hereby notifies the court that the parties in this matter have reached a settlement. However, it may take several weeks for plaintiff to obtain the required minor settlement approval. Therefore, the parties request that all deadlines in this matter be stayed until they are able to submit the agreed upon

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax

Stipulation for Dismissal with Prejudice, which cannot be signed until the minor settlement has been approved.

DATED at Anchorage, Alaska, this 16th day of March, 2009.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Defendant
Northwestern Simon, Inc.

By: s/Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072
Hughes Pfiffner Gorski Seedorf &
Odsen, LLC
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone: 907-263-8255
Fax: 907-263-8320
E-mail: kac@hpglaw.net

I hereby certify that a true and correct copy
of the foregoing was served via the court's ECF
system on the 16th day of March, 2009 on:

Ted Stepovich
Law Office of Ted Stepovich
841 I Street
Anchorage, AK 99501

s/Kimberlee A. Colbo

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX